# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Robert Komor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>　　　　Defendants. | No. CV-22-00077-TUC-SHR<br><br>**Order Denying Plaintiff's Motion for Default Judgment** |

　　　　Plaintiff Christian Komor filed a Motion for Default Judgment on May 18, 2022. (Doc. 33.) On May 16, the Court dismissed Plaintiff's Complaint with prejudice and the Clerk of Court closed this action and mailed a copy of the Order to Plaintiff. (Doc. 32.) Therefore, it appears Plaintiff filed the instant Motion before he received the Order closing this action. Nonetheless, for the reasons stated in the May 16 Order, Plaintiff is not entitled to the entry of default, much less a default judgment.

　　　　Accordingly,

　　　　**IT IS ORDERED** Plaintiff's Motion for Default Judgment (Doc. 33) is **DENIED** and **this case is to remain closed**.  Any further motions may be stricken from the record or denied without further notice.

　　　　Dated this 18th day of May, 2022.

*[Signature]*
Honorable Scott H. Rash
United States District Judge